**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 89 WM 2019

           Respondent         :

           v.               :

JOHN ANDREW BROWN,         :

           Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2019, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.